IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JGC Holdings Corporation,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>Kingdom of Spain,<br><br>                    *Defendant*. | Civil Action No. 1:23-cv-02701 |

**Appearance of Counsel**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff JGC Holdings Corporation.

Dated:  September 27, 2023

                                            Respectfully submitted,

                                            /s/ Matthew S. Rozen
                                            Matthew S. Rozen
                                            D.C. Bar #1023209
                                            mrozen@gibsondunn.com
                                            GIBSON, DUNN & CRUTCHER LLP
                                            1050 Connecticut Ave., N.W.
                                            Washington, D.C.  20036
                                            Telephone:  (202) 887-3596
                                            Fax:  (202) 530-9596

                                            *Attorney for JGC Holdings Corporation*