# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JGC Holdings Corporation,

    *Petitioner,*

v.

Kingdom of Spain,

    *Respondent.*

Civil Action No. 1:23-cv-02701

## DECLARATION OF JUAN O. PERLA

JUAN O. PERLA declares:

1.    I am a partner of the law firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Respondent Kingdom of Spain in the above-captioned action, and a member of the bar of this Court.

2.    I submit this declaration in support of Spain's Motion to Dismiss Petition to Enforce Arbitral Award or Stay this Action filed concurrently herewith. I make this declaration based on information and belief.

3.    On February 6, 2024, the ICSID *ad hoc* committee issued its decision denying Spain's application for annulment of the Award.

4.    Attached hereto as Exhibit 1 is a true and correct copy, with a certified English translation, of an email dated March 25, 2022 from Pablo Elena Abad to Socorro Garrido Moreno, et al., forwarding a copy of the confirmation of Spain's Notification of JGC Award to the European Commission.

5.      Attached hereto as Exhibit 2 is a true and correct copy of the decision of the Court of Justice of the European Union dated September 2, 2021 in Case C-741/19, *Republic of Moldova v. Komstroy LLC*.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the decision of the Court of Justice of the European Communities dated February 5, 1963 in Case 26/62, *Van Gend & Loos v. Netherlands Inland Revenue Administration*.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2024
New York, New York

_____
Juan O. Perla