# Exhibit 1

# Holmes, David

| | |
|---|---|
| **From:** | Elena Abad, Pablo <pelena@miteco.es> |
| **Sent:** | Friday, March 25, 2022 8:43 AM |
| **To:** | GARRIDO MORENO, Mª DEL SOCORRO; RODRIGUEZ ESQUIVIAS, ANA MARIA; MARTIN ORTEGA, JUAN LUIS |
| **Cc:** | Abogacía del Estado Transición Ecológica |
| **Subject:** | RV: Laudo JGC Inversores- Sani2 - Notificación validada registrada por la CE |

Buenas tardes,

Os traslado para vuestra constancia el acuse de recibo y asignación de número por parte de la COM a la notificación del Laudo JGC a efectos de Ayudas de Estado.

Buen fin de semana!

**Pablo Elena Abad**
Abogado del Estado en el Ministerio para la Transición Ecológica y el Reto Demográfico
*Secretaría de Estado de Energía*

Paseo de la Castellana 160, Madrid
Tlf.: 91 349 51 85; Corto: 95185
pelena@miteco.es



**De:** SANI2 [mailto:automated-notifications@nomail.ec.europa.eu]
**Enviado el:** viernes, 25 de marzo de 2022 13:15
**Para:** Fernández Diez-Picazo, Martin <MFDiez@miteco.es>
**Asunto:** [MAIL_EXTERNO] PROD: Sani2 - Notificación validada registrada por la CE

# SANI2

Estimado Fernandez Diez Martín,

La siguiente notificación ha sido registrada por la Comisión Europea.

> Título: **ENER - Laudo JGC Inversores**
> Validada por: **JIMÉNEZ MARÍA**
> El: **2022-03-25 13:12:11.59**
> Número de asunto de la Comisión: **SA.102404**

Administrador Sani2.

2

| | |
|---|---|
| **From:** | Elena Abad, Pablo <pelena@miteco.es> |
| **Sent:** | Friday, March 25, 2022 8:43 AM |
| **To:** | GARRIDO MORENO, Mª DEL SOCORRO; RODRIGUEZ ESQUIVIAS, ANA MARIA; MARTIN ORTEGA, JUAN LUIS |
| **Cc:** | Ecological Transition State Attorney's Office |
| **Subject:** | RV: JGC Investors Award - Sani2 - Validated notification registered by EC |

Good afternoon,

I am sending for your records the acknowledgment of receipt and assignment of number by the COM to the notification of the JGC Award for State Aid purposes.

Have a good weekend!

**Pablo Elena Abad**
State Attorney in the Ministry for Ecological Transition and the Demographic Challenge
*Secretary of State for Energy*

Paseo de la Castellana 160, Madrid
Phone: 91 349 51 85; Corto: 95185
pelena@miteco.es



**From:** SANI2 [mailto:automated-notifications@nomail.ec.europa.eu]
**Sent:** Friday, March 25, 2022 13:15
**To:** Fernández Diez-Picazo, Martin <MFDiez@miteco.es>
**Subject:** [EXTERNAL_MAIL] PROD: Sani2 - Validated notification registered by EC

# SANI2

Dear Fernandez Diez Martín,

The following notification has been registered with the European Commission.

> Title: **ENER - JGC Investors Award**
> Validated by: **JIMÉNEZ MARÍA**
> The: **2022-03-25 13:12:11.59**
> Commission Case Number: **SA.102404**

Administrador Sani2.

2

## Certificate of Accuracy

I hereby certify under penalty of perjury that the foregoing translation of Exhibit 1 to the Declaration of Juan O. Perla, originally written in Spanish, is a true, accurate and complete translation into English.

Executed:    New York, New York

February 13, 2024

David Victor Holmes, Esq.

Sworn to and signed before ME this

13th day of February, 2024.

Notary Public

SAMUEL DANGREMOND
Notary Public, State of New York
No. 02DA6442329
Qualified in New York County
Commission Expires October 11, 2026