**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| BLASKET RENEWABLE INVESTMENTS, LLC, | : | | |
| | : | | |
| Petitioner, | : | Civil Action No.: | 23-2701 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 1, 13 |
| | : | | |
| KINGDOM OF SPAIN, | : | | |
| | : | | |
| Respondent. | : | | |

# ORDER

**GRANTING PETITIONER'S PETITION TO ENFORCE ARBITRAL AWARD; DENYING RESPONDENT'S MOTION TO DISMISS PETITION TO ENFORCE ARBITRAL AWARD**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Spain's motion to dismiss is **DENIED**; and it is

**FURTHER ORDERED** that summary judgment is granted to Petitioner, and the petition to enforce the Award is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall meet, confer, and jointly file a proposed final judgment on or before October 28, 2024. That proposed judgment shall include all elements included in the ICSID Award, including a current calculation of pre- and post-judgment interest.

**SO ORDERED**.

Dated: September 26, 2024                                         RUDOLPH CONTRERAS
                                                                                         United States District Judge