IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Blasket Renewable Investments, LLC,<br><br>        *Petitioner*,<br><br>v.<br><br>Kingdom of Spain,<br><br>        *Respondent*. | Civil Action No. 1:23-cv-02701 |

## NOTICE OF APPEAL

Notice is hereby given that Respondent Kingdom of Spain appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order [Dkt. No. 23] and supporting Memorandum Opinion [Dkt. No. 24], entered in this action on September 26, 2024, denying Respondent's Motion to Dismiss Petition to Enforce Arbitral Award, granting Petitioner's Petition to Enforce Arbitral Award, and granting summary judgment to Petitioner.

Dated: Washington, D.C.
       October 25, 2024

                                Respectfully submitted,

                                CURTIS, MALLET-PREVOST,
                                 COLT & MOSLE LLP

                                By: *Joseph D. Pizzurro*
                                     Joseph D. Pizzurro (D.C. Bar No. 468922)
                                     Kevin A. Meehan (D.C. Bar No. 1613059)
                                     Juan O. Perla (D.C. Bar No. 1660389)
                                     1717 Pennsylvania Avenue, N.W.
                                     Washington, D.C. 20006
                                     Tel.: (202) 452-7373
                                     Fax: (202) 452-7333
                                     Email: jpizzurro@curtis.com
                                                   kmeehan@curtis.com
                                                   jperla@curtis.com

                              - and -

                                     Robert Garcia (*pro hac vice*)
                                     Grace Condro (*pro hac vice*)
                                     101 Park Avenue
                                     New York, NY 10178

Tel.: (212) 696-6000  
Fax: (212) 697-1559  
Email: robert.garcia@curtis.com  
gcondro@curtis.com

*Attorneys for Respondent*  
*Kingdom of Spain*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the ECF system and thereby served upon all counsel of record, including counsel for Petitioner.

                                                    */s/ Joseph D. Pizzurro*
                                                  Joseph D. Pizzurro