## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Blasket Renewable Investments, LLC,

    *Petitioner,*

v.

Kingdom of Spain,

    *Respondent.*

Civil Action No. 1:23-cv-02701

## THIRD DECLARATION OF JUAN O. PERLA

JUAN O. PERLA declares:

1. I am a partner of the law firm Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Respondent Kingdom of Spain in the above-captioned action, and a member of the bar of this Court.

2. I submit this declaration in support of Spain's Opposition to Petitioner's Motion for Relief Pursuant to 28 USC 1610(c) and 28 USC 1963, or alternatively, Spain's Cross-Motion to Stay Enforcement of the Judgment.

3. Attached hereto as Exhibit A is a true and correct copy of the transcript of the hearing held on March 5, 2025 in *In re: Subpoenas Issued to Federal Reserve Bank of New York and The Clearing House Payments Company LLC*, No. 25-mc-00008, in the Southern District of New York.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2025
New York, New York

_____
Juan O. Perla